IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAROLANN MARIE DOS SANTOS.

v.                                                                                          C.A. NO. 15-923

WAKEFERN FOOD CORP.

## ORDER

AND NOW, this 31st day of January, 2017, upon consideration of the defendant's motion for summary judgment and all responses and replies thereto, it is hereby ORDERED that:

1. The motion for summary judgment [Doc. 32] is GRANTED.

2. Judgment is ENTERED in favor of the Defendant and against the Plaintiff on all counts of the Amended Complaint.

3. The Clerk is DIRECTED to close this case for statistical purposes.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
JEFFREY  L. SCHMEHL, J.